# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 27. Motion for** consolidation

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form27instructions.pdf*

**9th Cir. Case Number(s)** 26-6329 and 26-6253

**Case Name** Taylor v. Google

**Lower Court or Agency Case Number** 5:20-cv-07956-VKD

What is your name? Mike Sussman

1. **What** do you want the court to do?

Consolidate cases for briefing, excerpts of the record, transcripts, and argument.

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

Class Counsel prevaricated a tall tale in the district court (ECF 406/407) that EACH of these appeals will result in over $16,500 in taxable fees because they believe they will have to file supplemental excerpts and order the same exact transcripts IN BOTH CASES. Regardless of the obvious veracity issues and Rule 11 violations by this grossly excessive estimate, by consolidating there will only need to be a single set of excerpts or transcripts reducing any costs in half. Thus, it is in the best interests of the judicial economy to consolidate.

Your mailing address:

1686 S Federal #151

City Delray Beach State FL Zip Code 33483

Prisoner Inmate or A Number (if applicable)

**Signature** /s/ Mike Sussman **Date** 10/2/2026

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*