# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 27. Motion for** Suspension of Briefing Schedule

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form27instructions.pdf*

**9th Cir. Case Number(s)** 26-6329

**Case Name** Taylor, et al v. Google LLC

**Lower Court or Agency Case Number** 5:20-cv-07956

What is your name? Christopher Andrews

1. **What** do you want the court to do?

Suspend the briefing schedule.

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

Plaintiffs have filed for a bond amount that is 3000% more then the actual costs called for by the Ninth Circuit rules.The bond hearing is scheduled for November 10, 2026, see Dkt 407. The Opening brief is due December 09, 202 giving just thirty days to prepare the brief. But if the usurious bond is granted, an appeal will be filed so the briefing schedule either way cannot be met.The bond's purpose is to prevent a reversal of a structurally defective settlement and blatantly illegal approval that violates due process and constitutional

Your mailing address:

PO Box 223

City Lakeland State MI Zip Code 48143-0223

Prisoner Inmate or A Number (if applicable)

**Signature** Christopher Andrews **Date** 10/08/2026

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*