No. 26-6329

# United States Court of Appeals for the Ninth Circuit

JOSEPH TAYLOR, MICK CLEARY, AND JENNIFER NELSON,

*Plaintiffs-Appellees*,

v.

GOOGLE LLC,

*Defendant-Appellee*.

*Appeal from the U.S. District Court for the Northern District of California, Case No. 20-cv-7956, before the Honorable Virginia K. DeMarchi*

## PLAINTIFFS-APPELLEES' OPPOSITION TO CHRISTOPHER ANDREWS'S MOTION TO STAY APPEAL

Glen E. Summers
Karma M. Giulianelli
J. Jacob Marsh
BARTLIT BECK LLP
1801 Wewatta Street
Suite 1200
Denver, Colorado 80202
(303) 592-3100
glen.summers@bartlitbeck.com
karma.giulianelli@bartlitbeck.com
jacob.marsh@bartlitbeck.com

Marc A. Wallenstein
George A. Zelcs
KOREIN TILLERY LLP
205 North Michigan Avenue
Suite 1950
Chicago, Illinois 60601
(312) 641-9750
mwallenstein@koreintillery.com
gzelcs@koreintillery.com

*Pro se* objector-appellant Christopher Andrews filed a motion to stay proceedings in this Court with respect to his appeal. ECF 9.[1] His motion should be denied.

The Court has delegated the authority to decide a motion to stay appellate proceedings to deputized court staff, including a deputy clerk or staff attorney. *See* Ninth Circuit General Orders Appendix A at 99–101. However, such a motion to stay may be granted "only if based on pending court or agency action," or "settlement negotiations." *Id.* at 100. No such circumstances warrant a stay here. Nor has Mr. Andrews demonstrated that an indefinite stay of appellate proceedings is warranted under any applicable law.

Plaintiffs-Appellees respectfully submit that this Court should deny Mr. Andrews's motion for stay.

---

[1] Mr. Andrews is proceeding jointly with *pro se* objector-appellants Mike Sussman and Michael Focia. ECF 2. Neither Mr. Sussman nor Mr. Focia signed Mr. Andrews's Motion to Stay. ECF 9.

Dated: October 19, 2026

Respectfully submitted,

*/s/ J. Jacob Marsh*

Glen E. Summers
Karma M. Giulianelli
J. Jacob Marsh
BARTLIT BECK LLP
1801 Wewatta Street
Suite 1200
Denver, Colorado 80202
(303) 592-3100
glen.summers@bartlitbeck.com
karma.giulianelli@bartlitbeck.com
jacob.marsh@bartlitbeck.com

Marc A. Wallenstein
George A. Zelcs
KOREIN TILLERY LLP
205 North Michigan Avenue
Suite 1950
Chicago, Illinois 60601
(312) 641-9750
mwallenstein@koreintillery.com
gzelcs@koreintillery.com